UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA BLACK,

    Plaintiff,

                                                   Case No. 21-cv-12045

v.                                          Hon. Matthew F. Leitman

VILLAGE OF ALMONT, *et al.*,

    Defendants.
_____/

## ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 25) AND (2) OUTLINING NEXT STEPS

On February 7, 2023, the Court held a hearing on Defendants' Motion for Summary Judgment (ECF No. 25). For the reasons stated on the record, that motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

- Defendants' Motion for Summary Judgment is **GRANTED** as to all claims against the Almont Township.

- With respect to all other claims against Defendants Village of Almont, Almont Police Department, and Andrew Martin, Defendants' Motion for Summary Judgment is **DENIED.**

- With respect to Plaintiff's Due Process claim arising under the Fourteenth Amendment, the denial of Defendants' Motion for Summary Judgment is

1

**WITHOUT PREJUDICE.** Defendants may file a renewed motion directed at Plaintiff's due process claim, as explained by the Court on the record.

As further directed on the record, counsel for the parties shall inform the Court whether they intend to proceed to facilitation by **February 21, 2023**. If they decide to proceed to facilitation, all proceedings in this case will be **STAYED** pending the results of that facilitation.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 7, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 7, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2